# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00846-CV

**Flagstone Terrace Owners Association, Inc.; The Board of Directors of Flagstone Terrace Owners Association, Inc.; Meredith Woods; Ann Morse; Rudolph Di Santo; and Diane Lawrence, Appellants**

**v.**

**Robert Rene Flores, Individually and as Independent Executor of The Estate of Theodolinda Kaspar Flores and Recardo Roy Flores, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-15-001084, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Flagstone Terrace Owners Association, Inc.; The Board of Directors of Flagstone Terrace Owners Association, Inc.; Meredith Woods; Ann Morse; Rudolph Di Santo; and Diane Lawrence have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: April 14, 2020